IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| EMERY SUNDAY, | ) | No. CV 08-075-TUC-CKJ (JJM) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On February 9, 2009, Magistrate Jacqueline J. Marshall issued a Report and Recommendation [Doc. #11] in which she recommended that Defendant's Motion to Dismiss [Doc. #10] be granted. No objections have been filed within the time provided by 28 U.S.C. § 636(b)(1).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. #11] is ADOPTED;

2. Defendant's Motion to Dismiss [Doc. #10] is GRANTED; and

3. The Clerk of the Court shall enter judgment in this matter, and close its file.

DATED this 31st day of March, 2009.

_____
Cindy K. Jorgenson
United States District Judge